
AO 440 (Rev. 10/93) Summons in a Civil Action

Case 1:03-cv-00075   Document 3   Filed in TXSD on 05/07/2003   Page 1 of 1

Rosie Amaro-Galarza

# RETURN OF SERVICE

CAB-03-75

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-7-03 |
| NAME OF SERVER (PRINT) Jaime Brito | TITLE S/P |

③

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Homer Hanna High School 2615 Price Rd.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 0 7 2003

[ ] Other (specify): _____

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-7-03
            Date

Signature of Server: Jaime Brito

Address of Server: 1755 W. Jefferson

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.