Los Fresnos ISD

# RETURN OF SERVICE

CA B-03-75

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-1-03 |
| NAME OF SERVER (PRINT) Jaime Brito | TITLE C/P |

(4)

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: LFISD - superindentents office 600 N. Mesquite, Los Fresnos

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

MAY 0 7 2003

Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-1-03
              Date

Signature of Server: Jaime Brito

Address of Server: 1755 W. Jefferson

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.