IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

JUN 2 3 2003

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| GLORIA KURY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-075 |
| | § | |
| ROSIE AMARO-GALARZA | § | JURY |
| AND LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |

## LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GLORIA KURY and files this her List of Financially Interested Entities and would show the Court that the following entities are financially interested in this cause:

1. Gloria Kury - Plaintiff

2. Los Fresnos Consolidated Independent School District - Defendant

Respectfully submitted,

The Law Firm of Richard E. Zayas
3100 E. 14th St.
Brownsville, Texas 78521
(956)546-5060 Telephone
(956)541-4157 Telecopier

BY: _____
RICHARD E. ZAYAS
State Bar No. 00788744

ATTORNEY FOR PLAINTIFF,
GLORIA KURY

## **CERTIFICATE OF SERVICE**

I, RICHARD E. ZAYAS, do hereby certify that the forgoing List of Financially Interested Entities was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on June 23, 2003, by mailing to:

RUBEN R. PEÑA
LAW OFFICES OF RUBEN R. PEÑA, P.C.
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550

BY: _____
RICHARD E. ZAYAS