IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 0 7 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA KURY | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| ROSIE AMARO-GALARZA | § | NO. B 03-075 |
| AND LOS FRESNOS | § | |
| CONSOLIDATED INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District, Defendants, by and through their undersigned attorney, and file this, and in accordance with the Court's Order, hereby file their list of financially interested parties to this litigation:

1. Gloria Kury - Plaintiff
2. Los Fresnos Consolidated Independent School District - Defendant
3. Rosie Amaro-Galarza - Defendant

WHEREFORE, Defendants, Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District, hereby pray that the Court take notice of this filing. Additionally, Defendants, Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District,, pray for such other and further relief, at law or in equity, to which they may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEY FOR DEFENDANTS, ROSIE AMARO-GALARZA AND LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the 1st day of July, 2001, to:

Richard E. Zayas
The Law Firm of Richard E. Zayas
3100 E. 14th St.
Brownsville, Texas 78521

James Belton

_____
RUBEN R. PEÑA