IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
2003 SEP -4  AM 11: 59
MICHAEL N. MILBY, CLERK

| | |
|---|---|
| GLORIA KURY § | |
| § | |
| § | CIVIL ACTION NO. B-03-075 |
| v. § | |
| ROSIE AMARO-GALARZA § | |
| AND LOS FRESNOS CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |

### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY IN CHARGE FOR DEFENDANT'S

NOW COME the undersigned attorneys and respectfully move the Court to grant permission to RUBEN R. PENA of the Law Office of Ruben R. Pena, P.C. to withdraw and to substitute JAMES E. BELTON of Henslee, Fowler, Hepworth & Schwartz, L.L.P. as Attorney In Charge for Defendants Rosie Amaro-Galarza in the above-entitled and numbered cause.

James E. Belton has conferred with Plaintiff's Attorney, Richard E. Zayas, who does not oppose this motion.

Respectfully submitted,
HENSLEE, FOWLER, HEPWORTH &
SCHWARTZ, L.L.P.
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
Tel: (956) 504-4049
Fax: (956) 541-1488

By: _/s/ James E. Belton_
James E. Belton
State Bar No. 02111500
Fed. I.D. No. 3913

Page 1 of 2

RUBEN R. PENA
LAW OFFICES OF RUBEN R. PENA, P.C.
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
(956) 412-8200 Telephone
(956) 412-8282 Telecopier

By: *Ruben R. Pena by James E. Belton with permission*
Ruben R. Pena
State Bar No. 15740900
Fed ID No. 1216


## CERTIFICATE OF SERVICE

I hereby certify that on September 4th, 2003 a true and correct copy of the above Unopposed Motion To Withdraw and Substitute Attorney In Charge for Defendants was served on the attorney for Plaintiff as follows:

<u>VIA Facsimile and U.S. First Class Mail</u>
Richard E. Zayas
The Law Firm of Richard E. Zayas
3100 E. 14th Street
Brownsville, Texas 78521
Fax No. (956) 541-4157

*James E. Belton*
James E. Belton