IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLORIA KURY § § § | |
| § | CIVIL ACTION NO. B-03-075 |
| v. § | |
| ROSIE AMARO-GALARZA § AND LOS FRESNOS CONSOLIDATED § INDEPENDENT SCHOOL DISTRICT § | |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY IN CHARGE FOR DEFENDANTS

BE IT REMEMBERED that on this day came on for consideration the Unopposed Motion to Withdraw and Substitute Attorney In Charge for Defendants in the above-entitled and numbered cause, and the Court being of the opinion that said motion should be granted;

IT IS ORDERED the said Motion is hereby granted; that Ruben R. Pena of the Law Office of Ruben R. Pena, P.C. be allowed to withdraw as attorney in charge for Defendants; and, that James E. Belton of Henslee, Fowler, Hepworth & Schwartz, L.L.P., State Bar No. 02111500, 3505 Boca Chica Blvd., Suite 434, Brownsville, Texas 78521, be substituted as attorney in charge for Defendants Rosie Amaro-Galarza and Los Fresnos Independent School District in this cause.

DONE AT BROWNSVILLE, TEXAS on this ___ day of _____ 2003.

_____
Hilda G. Tagle
United States District Judge