Case 1:03-cv-00075   Document 11   Filed in TXSD on 09/08/2003   Page 1 of 7

/1

United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA KURY | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-075 |
| v. | § | |
| ROSIE AMARO-GALARZA | § | |
| AND LOS FRESNOS CONSOLIDATED | § | JURY |
| INDEPENDENT SCHOOL DISTRICT | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

COME NOW, Gloria Kury, Plaintiff, and Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District, Defendants, in the above referenced action, and file this their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24,1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

ANSWER: Telephone conference on September 3, 2003, between the attorneys, Richard E. Zayas, Ruben R. Pena, and James E. Belton.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

ANSWER: None.

3. Briefly describe what this case is about.

Plaintiff Gloria Kury has sued Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District for retaliation for her exercise of her free speech rights, guaranteed by the First Amendment to the U.S. Constitution; for tortuous interference with business contracts and other causes of action.

4. Specify the allegation of federal jurisdiction.

ANSWER: 42 U. S. C. § 1983; 42 U. S. C. § 1988; 28 U.S.C. § 1391(b)(1) and (2).

5. Name the parties who disagree and the reasons.

ANSWER: Defendant Los Fresnos Consolidated Independent School District and Rosie Amaro-Galarza deny that Plaintiff has properly invoked federal jurisdiction and contend that Plaintiff has failed to state a claim for which relief may be granted

6. List anticipated, additional parties that should be included, when they can be added, and by whom they are wanted.

ANSWER: None.

7. List anticipated interventions.

ANSWER: None.

8. Describe class action issues.

ANSWER: None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures

ANSWER:   Plaintiff and Defendants agree to make their initial disclosures within 20 days of the Initial Pretrial Conference.

10.  Describe the proposed agreed discovery plan, including:

   A.  Responses to all the matters raised in Rule 26(f).

   B.  When and to whom the plaintiff anticipates it may send interrogatories.

   C   When and to whom the defendant anticipates it may send interrogatories

   D.  Of whom and by when the plaintiff anticipates taking oral depositions.

   E.  Of whom and by when the defendant anticipates taking oral depositions.

   F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

   G.  List expert depositions the plaintiff (or the party with the burden of proof on, an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

ANSWER:
A.  Initial disclosures will be made by the parties as provided above  Discovery on the issues raised in the Plaintiff's Original Complaint and Defendants' Answers to be conducted and completed as provided below  The parties do not require any changes in the limitations on discovery under the rules or other orders by the Court under Rule 26 (c) or Rule 16 (b) and (c).

B.  Plaintiff anticipates sending interrogatories on or before **October 31, 2003** to both Defendants.

C.  Defendant anticipates sending interrogatories on or before **November 28, 2003** to Plaintiff.

D.  Plaintiff anticipates taking the oral deposition of Rosie Amaro-Galarza on or before

**January 30, 2004.**

E.  Defendant anticipates taking the oral depositions of Gloria Kury and other persons with knowledge identified through discovery by **February 27, 2004.**

F.  Plaintiff anticipates that she will be able to designate experts and provide reports on or before **March 26, 2004.** Defendants anticipate that they will be able to designate experts and provide reports on or before April 30, 2004.

G.  Plaintiff anticipates that she will be able to take expert deposition, by **June 16, 2003.**

H.  Defendant anticipates that he will be able to take expert depositions by **June 16, 2003.**

11. If the parties do not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

ANSWER:  The parties were able to agree on the discovery plan.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

ANSWER:  None.

13. State the date the planned discovery can reasonably be completed

ANSWER:  Discovery can be completed by July 30, 2003.

14. Describe the possibilities for a. prompt settlement or resolution of the case that was discussed in your Rule 26(f) meeting.

ANSWER:  The parties will consider mediation efforts, if necessary, after proper discovery is completed.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

ANSWER:  The parties will consider mediation efforts, if necessary, after proper discovery is completed.

16  From the attorneys' discussion with. the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case

ANSWER: The parties will consider mediation, efforts, if necessary, after proper discovery is completed.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

ANSWER: At this time the parties have not decided whether they can agree to a trial before a magistrate judge.

18. State whether a jury demand has been made and if it was made on time.

ANSWER: Yes and made timely.

19. Specify the number of hours it will take to present the evidence in this case.

ANSWER: The parties anticipate 3 days of evidence.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

ANSWER: Unopposed Motion to Withdraw and Substitute Attorney In Charge for Defendants.

21. List other motions pending.

ANSWER: None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

ANSWER: None

23. List the names, bar numbers, addresses and telephone numbers of all counsel

ANSWER:

Attorney of record for Plaintiff, GLORIA KURY

Mr. Richard E. Zayas
Fed. ID No. 16852
State Bar No. 00788744
THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14TH St.
Brownsville, Texas 78521
Telephone: (956) 546-5060
Fax: (956) 541-4157

Attorney of record for Defendants, ROSIE AMARO-GALARZA and LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT (Motion to Withdraw and Substitute Attorneys for Defendants pending):

James E. Belton
State Bar No. 02111500
Fed. I.D. No. 3913
HENSLEE, FOWLER, HEPWORTH &
SCHWARTZ, L.L.P.
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
Tel: (956) 504-4049
Fax: (956) 541-1488

Respectfully submitted,

THE LAW FIRM OF RICHARD E. ZAYAS
3100 E. 14TH St.
Brownsville, Texas 78521
Telephone: (956) 546-5060
Fax: (956) 541-4157

By: _____
Mr. Richard E. Zayas
Fed. ID No. 16852 16805
State Bar No. 00788744
ATTORNEY FOR PLAINTIFF, GLORIA KURY

HENSLEE, FOWLER, HEPWORTH &
SCHWARTZ, L.L.P.

3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
Tel: (956) 504-4049
Fax: (956) 541-1488

By: /s/ James E. Belton
James E. Belton
State Bar No. 02111500
Fed. I.D. No. 3913
ATTORNEY FOR DEFENDANTS ROSIE AMARO-GALARZA and LOS FRESNOS INDEPENDENT SCHOOL DISTRICT