# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ■ Nicolas     ☐ Levesque | | | |
| DATE | 9 | 15 | 03 | |
| TIME | | a.m. | | a.m. |
| | 1:52 | p.m. | 2:14 | p.m. |
| CIVIL ACTION | B | 03 | 75 | |
| STYLE | GLORIA KURRY *versus* ROSIE AMARO-GALARZA | | | |

United States District Court
Southern District of Texas
FILED

SEP 15 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference (Rptr.  Heather Hall  )

Richard Zayas         for    ■ Ptf. #_____   ☐ Deft. #_____

James Belton          for    ☐ Ptf. #_____   ■ Deft. #_____

1. The Court asked questions of Plaintiff's and Defendants' counsel regarding the case.
2. The parties agreed that the could complete mediation before May 2004.
3. The Court encouraged the parties to mediate this case sooner than later and to discuss mediation with Judge Recio.