*14*

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

GLORIA KURY §

vs. § Civil Action No. B- 03-75

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

ROSIE AMARO-GALARZA, ET AL §

Michael N. Milby, Clerk of Court
By Deputy Clerk

## **SCHEDULING ORDER**

1. Trial: Estimated time to try: __3__ days.          ❑ Bench  ■ Jury

2. New parties must be joined by:                    ___N/A___
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    ___3/26/2004___

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                   ___5/31/2004___
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:             ___6/30/2004___

7. Joint pretrial order is due:                      ___8/20/2004___

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   ___9/2/2004___

9. Jury Selection is set for 9:00 a.m. on:           ___9/7/2004___
   *(The case will remain on standby until tried)*

Signed *October 15*_____, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge