

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 1 2 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA KURY | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. B-03-075 |
| | § | |
| ROSIE AMARO-GALARZA and | § | |
| LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| Defendants | § | |

## NOTICE OF CHANGE OF ADDRESS AND DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE COURT:

1.   The law firm of Henslee, Fowler, Hepworth & Schwartz, L.L.P. attorneys at law, hereby gives notice of its change of address on behalf of ROSIE AMARO-GALARZA and LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendants.

2.   ROSIE AMARO-GALARZA and LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Defendants, further designate Robert W. Buchholz of said firm, as their attorney in charge in this matter.

3.   Robert W. Buchholz is a member in good standing with the State Bars of Texas, Oklahoma and Arkansas and is admitted to practice before this court.

4.   The information and new address for Mr. Buchholz is as follows:

Robert W. Buchholz
Texas Bar No. 03290600
Federal I.D. No. 26260

NOTICE OF CHANGE OF ADDRESS AND
DESIGNATION OF ATTORNEY IN CHARGE                                                       Page - 1

Henslee, Fowler, Hepworth & Schwartz, L.L.P.
200 S. Tenth, Suite 500
McAllen, Texas 78501
956-683-7474
956-683-7470 fax

5. Robert W. Buchholz will be responsible for the lawsuit, will be the lead trial attorney in the matter, and will be the attorney to receive all communications from the court and from other parties.

Respectfully submitted,

*Henslee, Fower, Hepworth & Schwartz, L.L.P.*

By: _____
Robert W. Buchholz
Attorney in Charge
Texas Bar No. 03290600
Federal I.D. No. 26260
200 S. Tenth, Suite 500
McAllen, Texas 78501
956-683-7474
956-683-7470 fax

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing was mailed, first class mail postage prepaid, to Plaintiff's attorney:

Mr. Richard E. Zayas
The Law Firm of Richard E. Zayas
3100 E. 14th Street
Brownsville, Texas 78521

on this the 10th day of November, 2003.

_____
Robert W. Buchholz