# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA KURY | \* |
| | \* |
| vs | \* CIVIL ACTION NO. B03-075 |
| | \* |
| ROSIE AMARO-GALARZA, ET AL | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

## MEDIATION

**December 18, 2003, at 1:30 p.m.**
(RESET FROM 11/19/03 BY AGREEMENT OF THE PARTIES.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE: U.S. Federal Building & Courthouse, 2nd Floor
600 E. Harrison
Brownsville, Texas 78520

---

**BY ORDER OF THE COURT**

November 14, 2003

cc:   ALL COUNSEL