United States District Court
Southern District of Texas
ENTERED

DEC 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS DIVISION**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

DEC 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLORIA KURY | * | |
| | * | |
| vs | * | CR. NO. B-03-075 |
| | * | |
| ROSIE AMARO-GALARZA, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## MEDIATION

**January 7, 2004, at 1:30 p.m.**
(reset from 12/18/03 by agreement of the parties)
**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor, Courtroom #1
Brownsville, Texas 78520
(956) 548-2701

**BY ORDER OF THE COURT**

December 11, 2003

cc:   Counsel of Record