UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLORIA KURY | * |
| | * |
| VS | * CIVIL ACTION NO. B-03-075 |
| | * |
| ROSIE AMARO-GALARZA and | * |
| | |
| LOS FRESNOS CONSOLIDATED | * |
| INDEPENDENT SCHOOL DISTRICT | * |

# SEALED

## MEDIATION REPORT

January 7, 2004

SEALED BY ORDER OF THE COURT

Felix Recio
United States Magistrate Judge