United States District Court
Southern District of Texas
FILED

APR 21 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA KURY | § | |
| Plaintiff | § § § | |
| v. | § § | CASE NO. B-03-075 |
| ROSIE AMARO-GALARZA and LOS FRESNOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Defendants | § | |

### PLAINTIFF'S AGREED MOTION TO DISMISS

TO THE HONORABLE COURT:

NOW COMES, Plaintiff Gloria Kury, by and through her attorney of record, Richard E. Zayas, and moves his court to dismiss the above cause of action with prejudice and would show as follows:

1. All matters in controversy as between Plaintiff Gloria Kury and Defendants Rosie Amaro-Galarza and Los Fresnos Consolidated Independent School District have been fully and finally compromised and settled.

Wherefore, Plaintiff request the Court to enter an Order Dismissing this Case with Prejudice.

Respectfully submitted,

*The Law Firm of Richard E. Zayas*

3100 E. 14th Street
Brownsville, Texas 78521
956-546-5060
956-541-4157

_____
Richard E. Zayas
Federal ID No. 16852
Texas Bar No. 00788744

Attorney for Plaintiff
Gloria Kury
Plaintiff


Agreed,

*Henslee, Fowler, Hepworth & Schwartz, L.L.P.*

200 S. Tenth, Suite 500
McAllen, Texas  78501
Tel. (956)683-7474
Fax. (956)683-7470

By: _____
Robert W. Buchholz
Federal ID No. 26260
Texas Bar No. 03290600

Attorney for Defendants
Rosie Amaro-Galarza and
Los Fresnos Consolidated Independent School District

**PLAINTIFF'S AGREED MOTION TO DISMISS**                                                                 **Page - 2**