IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLORIA KURY | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. B-03-075 |
| ROSIE AMARO-GALARZA and | § | |
| LOS FRESNOS CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| Defendants | § | |

### ORDER DISMISSING CASE

On this date the Agreed Motion to Dismiss Case came to be considered by the Court. The Court finds that the Motion should be Granted.

IT IS ORDERED that this cause of action is hereby DISMISSED WITH PREJUDICE. All costs are to be born by the party incurring same.

IT IS FURTHER ORDERED that any pending Motions are denied as Moot and pursuant to this Order Granting Agreed Motion to Dismiss Case, this case is closed.

Signed: April 23, 2004

_____
Presiding Judge

ORDER DISMISSING CASE                                                                 Page - 1

Approved for entry:

*The Law Firm of Richard E. Zayas*

3100 E. 14th Street
Brownsville, Texas 78521
956-546-5060
956-541-4157

_____
Richard E. Zayas
Federal ID No. 16852
Texas Bar No. 00788744

Attorney for Plaintiff
Gloria Kury


Agreed,

*Henslee, Fowler, Hepworth & Schwartz, L.L.P.*

200 S. Tenth, Suite 500
McAllen, Texas 78501
Tel. (956)683-7474
Fax. (956)683-7470

By: _____
Robert W. Buchholz
Federal ID No. 26260
Texas Bar No. 03290600

Attorney for Defendants
Rosie Amaro-Galarza and
Los Fresnos Consolidated Independent School District